1  JaVonne M. Phillips, Esq., SBN 187474
   Gregory J. Babcock, Esq., SBN 260437
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust
6  2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4 under the Pooling and
   Servicing Agreement dated March 1, 2006, its assignees and/or successors and the servicing
7  agent OneWest Bank FSB

8

9

10                      UNITED STATES BANKRUPTCY COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SANTA ROSA DIVISION

13
    In re:                              ) Case No. 09-10848 J
14                                       )
    Francisco Ortiz,                     ) Chapter   13
15                                       )
16                                       )
                                         )
17                                       )
18         Debtor.                       ) **MOTION FOR RELIEF FROM**
                                         ) **AUTOMATIC STAY**
19                                       )
                                         )
20                                       )
                                         )
21                                       ) Date:   11/12/09
                                         ) Time:   9:00AM
22                                       ) Place:  99 South E Street
                                         )         Santa Rosa, CA
23                                       )
24                                       )
                                         )
25                                       )
                                         )
26  _____)

27        Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage

28  Trust 2006-AR4, Mortgage Pass-Through Certificates, Series 2006-AR4 under the Pooling and

29  Servicing Agreement dated March 1, 2006, its assignees and/or successors in interest ("Secured

1 Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of

2 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving

3 party's claim) so that moving party and its Trustee may commence and continue all acts

4 necessary to foreclose under the Deed of Trust secured by the Debtor's property, commonly

5 known as 3031 Redemeyer Road, Ukiah, CA 95482, ("Property" herein).

6 As stated in the attached Declaration, the Debtor has failed to make 7 post-petition

7 payments (4/09 through 10/09).

8 Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately

9 protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed

10 from proceeding with the foreclosure of the subject Property. Accordingly, relief from the

11 automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

12 WHEREFORE, Secured Creditor prays for judgment as follows:

13     1. For an Order granting relief from the automatic stay, permitting Secured Creditor to

14        proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the

15        subject Property at a trustee's sale under the terms of the Deed of Trust to proceed

16        with any and all post foreclosure sale remedies, including the unlawful detainer action

17        or any other action necessary to obtain possession of the Property.

18     2. For an Order that the ten day stay described by Bankruptcy Rule 4001(a)(3) be

19        waived.

20     3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as

21        the Court deems proper.

22     4. For attorneys' fees and costs incurred herein.

23     5. For such other relief as the Court deems proper.

24 Dated: October 27, 2009           McCarthy & Holthus, LLP

25

26                    By:  /s/ Gregory J. Babcock_____
                      Gregory J. Babcock, Esq.

27                       Attorneys for Secured Creditor

28

29